UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHAUN ALAN STERNER,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

No. 1:26-cv-01826-KES-BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE

Doc. 10

Shaun Alan Sterner is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2026, the magistrate judge screened the complaint and found that it failed to comply with Federal Rule of Civil Procedure 8 and failed to state a cognizable claim. Doc. 8. The court granted Sterner 30 days to file an amended complaint or a notice of voluntary dismissal. *Id.* Sterner failed to file a first amended complaint, a notice of voluntary dismissal, or any other filing with the court.

On July 29, 2026, the magistrate judge issued findings and recommendations, recommending this action be dismissed with prejudice for failure to state a claim, failure to obey a court order, and failure to prosecute. Doc. 10. The Court served the findings and

recommendations on Sterner and informed him that any objections were due within 14 days. *Id.* at 10. The Court also advised that a failure to file timely objections may result in waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 722 F.3d 834, 838-39 (9th Cir. 2014)). Sterner did not file objections and the time to do so has expired.[1]

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on July 29, 2026 (Doc. 10) are ADOPTED in full;
2. This action is DISMISSED with prejudice for failure to state a claim, failure to obey a court order, and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 19, 2026

UNITED STATES DISTRICT JUDGE

[1] The findings and recommendations were returned as "Undeliverable, RTS, Not deliverable as addressed, unable to forward" and "Undeliverable, discharged" on August 11, 2026. *See* docket. Local Rule 183(b) requires that a party appearing pro se keep the Court apprised of their address. The deadline for Sterner to notify the Court of his current address under Local Rule 183(b) has expired, and Sterner has not updated his address.